MONTGOMERY Y. PAEK, ESQ., Bar # 10176
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
ARCADIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DELGADO, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>ARCADIA, INC., a California corporation; and DOES 1 through 100, inclusive;<br><br>    Defendant. | Case No. 2:18-cv-00964-JAD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff MICHAEL DELGADO ("Plaintiff") and Defendant ARCADIA, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its response to Plaintiff's Complaint, three weeks, from its current deadline of **June 27, 2018** through and including **July 18, 2018.**

This extension is being requested in light of Defendant's counsel's case commitments in the month of June, the fact that Defendant's counsel, Timothy W. Roehrs will be out of town from June 12, 2018 through and including June 18, 2018, and the upcoming Fourth of July holiday, in order to give Defendant necessary additional time to conduct the required diligence in order to respond to the Complaint.

/ / /

/ / /

This is the first request for an extension of time for Defendant to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 7, 2018.

Respectfully submitted,                              Respectfully submitted,

 /s/ Nicole Lovelock                                  */s/ Timothy W. Roehrs*
JUSTIN C. JONES, ESQ.                          MONTGOMERY Y. PAEK, ESQ.
NICOLE LOVELOCK, ESQ.                     TIMOTHY W. ROEHRS, ESQ.
JONES LOVELOCK                                  Littler Mendelson, P.C.

Attorneys for Plaintiff                                 Attorneys for Defendant
MICHAEL DELGADO                             ARCADIA, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-8-2018

Firmwide:155181474.1 081813.1003

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.