Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole Lovelock, Esq.
Nevada State Bar No. 11187
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: jjones@joneslovelock.com
Email: nlovelock@joneslovelock.com

*Attorney for Plaintiff*
*Michael Delgado*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DELGADO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ARCADIA, INC., a California corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | CASE NO.: 2:18-cv-00964-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT [DKT. 14] AND DEADLINE FOR DEFENDANT'S REPLY THERETO**<br><br>**(SECOND REQUEST)**[1] |

/ / /

/ / /

---

[1] A previous request was made on August 27, 2018 in the Stipulation and Order to Extend Deadline to File Response to Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint and Deadline for Defendant's Reply Thereto (Dkt. 17) and on August 27, 2018 said request was denied without prejudice (Dkt. 18) for failing to comply with Local Rule IA 6-1.

Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint was filed on August 14, 2018. The Court has set a hearing on Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint for October 1, 2018. The parties hereby stipulate and respectfully request that the Court extend the deadline for Plaintiff to respond to Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint (Dkt. 14) from August 28, 2018 to **September 5, 2018.** The parties hereby also stipulate and respectfully request that the Court extend the deadline for Defendant's Reply in Support of its Motion for Partial Dismissal of Plaintiff's Amended Complaint through and including **September 19, 2018**. The extension on Plaintiff's response is sought based upon the work and personal schedule of counsel for Plaintiff and conflicting deadlines that they have in other matters. The extension on the deadline for Defendant's Reply brief is being sought because of a change in Defendant's counsel's primary client contact with Defendant stemming from a retirement that is expected to take place close in time to when Defendant's Reply brief would ordinarily be due based upon the extension being sought by Plaintiff. This request is being made in good faith and not for any purposes of delay.

/ / /

/ / /

1   This is the parties' second request for an extension of time on the deadline for Plaintiff's Response to Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint and on Defendant's Reply in support of that motion. A previous request was made on August 27, 2018 in the Stipulation and Order to Extend Deadline to File Response to Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint and Deadline for Defendant's Reply Thereto (Dkt. 17) and on August 27, 2018 said request was denied without prejudice (Dkt. 18) for failing to comply with Local Rule IA 6-1

DATED this 28th day of August 2018.

**JONES LOVELOCK**

/s/ Nicole E. Lovelock, Esq.
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole Lovelock, Esq.
Nevada State Bar No. 11187
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Michael Delgado*

DATED this 28th day of August 2018.

**LITTLER MENDELSON PC**

/s/ Timothy W. Roehrs, Esq.
Timothy W. Roehrs, Esq.
Nevada State Bar No. 9668
Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169

*Attorneys for Defendant Arcadia, Inc.*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
Dated: August 30, 2018.

Respectfully Submitted By:
**JONES LOVELOCK**

/s/ Nicole E. Lovelock, Esq.
Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole Lovelock, Esq.
Nevada State Bar No. 11187
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Michael Delgado*