# EXHIBIT 1

Proposed Order Approving Settlement Agreement

# EXHIBIT 1

MONTGOMERY Y. PAEK, ESQ., Bar # 10176
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: mpaek@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
ARCADIA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL DELGADO, an individual; | Case No. 2:18-cv-00964-JAD-GWF |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT** |
| ARCADIA, INC., a California corporation; and DOES 1 through 100, inclusive; | |
| Defendant. | |

The above-captioned case is presently before the Court on the Parties' Joint Motion and Stipulation For An Order Approving Confidential Settlement And Dismissing This Case With Prejudice.   The Parties have requested that the Court review and approve the "Confidential Settlement Agreement and General Release" (hereinafter "Settlement Agreement") in this case, because Plaintiff's Amended Complaint includes a claim under the Fair Labor Standards Act, 29 U.S.C. § 207, *et seq*.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    The Court has reviewed the proposed Settlement Agreement, and finds that it is a fair and

2    reasonable resolution of the dispute and approves the Settlement Agreement.  This Court shall retain

3    jurisdiction over this matter until the terms set forth in the Settlement Agreement have been

4    complied with.

5

6                                          **IT IS SO ORDERED.**

7

8                                          _____

                                           UNITED STATES DISTRICT JUDGE

9

10                                         DATED: _____
_____

FIRMWIDE:158723843.1 081813.1003

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.