MONTGOMERY Y. PAEK, ESQ., Bar # 10176
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:      702.862.8811
Email: mpaek@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
ARCADIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DELGADO, an individual;<br><br>　　　Plaintiff,<br><br>vs.<br><br>ARCADIA, INC., a California corporation; and DOES 1 through 100, inclusive;<br><br>　　　Defendant. | Case No. 2:18-cv-00964-JAD-GWF<br><br>**Order Approving Settlement Agreement and Dismissing and Closing Case**<br><br>ECF No. 30 |

The above-captioned case is presently before the Court on the Parties' Joint Motion and Stipulation For An Order Approving Confidential Settlement And Dismissing This Case With Prejudice. The Parties have requested that the Court review and approve the "Confidential Settlement Agreement and General Release" (hereinafter "Settlement Agreement") in this case, because Plaintiff's Amended Complaint includes a claim under the Fair Labor Standards Act, 29 U.S.C. § 207, *et seq.*

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The Court has reviewed the proposed Settlement Agreement, and finds that it is a fair and reasonable resolution of the dispute and approves the Settlement Agreement. This Court shall retain jurisdiction over this matter until the terms set forth in the Settlement Agreement have been complied with.

IT IS THEREFORE ORDERED that the Joint Motion and Stipulation for an Order Approving Confidential Settlement **[ECF No. 30] is GRANTED**, this action is DISMISSED with prejudice, and the **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 18, 2018

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.